### 11448.  YOTHER *v.* THE STATE.

BROYLES, C. J.  There is no merit in the special ground of the motion for a new trial, and the verdict was authorized by the evidence.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1920.

Indictment for sale of liquor; from Murray superior court — Judge Tarver.  February 28, 1920.

*H. H. Anderson,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.

---

### 11449.  CURRIE *v.* THE STATE.

LUKE, J.  On the hearing of the motion to change the venue in this case, wherein the defendant was charged with murder, there was evidence that he could get a fair trial in the county in which it was alleged that he committed the crime, and that he would be in no danger of bodily harm; and, from a careful examination of the record, this court can not say that the judge who heard the evidence and denied the motion abused the discretion with which he is by law charged.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 15, 1920.

Application for change of venue; from Toombs superior court — Judge Hardeman.  March 19, 1920.

*Giles & Sharpe,* for plaintiff in error.

*Walter F. Grey, solicitor-general, Lankford & Rogers,* contra.